```
┌─── FILED ──── LODGED ──┐
│         ──── RECEIVED   │
│                         │
│       MAY 16 2014        │
│                         │
│      CLERK U.S. DISTRICT COURT
│  WESTERN DISTRICT OF WASHINGTON AT TACOMA
│BY                        DEPUTY│
└─────────────────────────┘
```

Magistrate Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

UNITED STATES OF AMERICA,⠀⠀⠀⠀)⠀⠀No. CR14-5175
⠀⠀⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀PLEA AGREEMENT
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
STEVEN A. MILLER,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀)

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Katie T. Dang, Special Assistant United States Attorney for said District, and the defendant, STEVEN A. MILLER, and defendant's attorney, Philip I. Brennan, Jr., enter into the following Plea Agreement, pursuant to Rule 11(c), Federal Rules of Criminal Procedure.

⠀⠀⠀⠀1.⠀⠀⠀⠀The defendant shall enter a plea of guilty to Count II of the Information. The defendant understands that Count II of the Information charges a violation of 18 U.S.C. § 1382 (Trespassing). The government will move to dismiss Count I of the Information.

⠀⠀⠀⠀2.⠀⠀⠀⠀Statutory Penalties. The defendant understands and acknowledges that the statutory penalties for Count II of the Information are imprisonment for up to six (6) months, a fine of up to five thousand dollars ($5,000.00), and a mandatory ten dollar ($10.00) special assessment.

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

1   If the defendant receives a sentence of probation, the probationary period could be
2   up to five (5) years.

3       3.      Rights Waived by Pleading Guilty. The defendant understands and
4   acknowledges that by pleading guilty, the defendant knowingly and voluntarily waives
5   the following rights:

6           a.      The right to plead not guilty, and to persist in a plea of not guilty;

7           b.      The right to be presumed innocent until guilt has been established at
8   trial, beyond a reasonable doubt;

9           c.      The right to trial before a judge, and at that trial, the right to the
10  effective assistance of counsel;

11          d.      The right to confront and cross-examine witnesses against the
12  defendant;

13          e.      The right to compel or subpoena witnesses to appear on the
14  defendant's behalf;

15          f.      The right to testify or to remain silent at trial at which such silence
16  could not be used against the defendant; and

17          g.      The right to appeal a finding of guilty or any pretrial rulings.

18      4.      Applicability of Sentencing Guidelines. The defendant understands and
19  acknowledges that the Guidelines do not apply to this case.

20      5.      Ultimate Sentence. The defendant acknowledges that no one has promised
21  or guaranteed what sentence the Court will impose and that the defendant may not
22  withdraw a guilty plea solely because the sentence imposed by the Court may be different
23  from the recommendation of the government.

24      6.      Sentencing Recommendation. At the time of sentencing, the parties will
25  jointly recommend no jail time, a fine of one hundred dollars ($100.00), and the
26  mandatory ten dollar ($10.00) special assessment.

27  ///

28

29  PLEA AGREEMENT
    United States v. STEVEN A. MILLER, CR14-5175
    pg. 2

    Department of the Army
    Special Assistant United States Attorney
    Office of the Staff Judge Advocate
    Box 339500 MS 69
    Joint Base Lewis-McChord, WA 98433-9500
    (253) 477-1918 – (253) 477-1919 Fax
    usarmy.jblm.i-corps.list.sja-sausa@mail.mil

7.     Statement of Facts. The parties stipulate to the following facts in support of the guilty plea:

> On January 29, 2014, at Joint Base Lewis-McChord, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, police patrolling a training area, a location of the base that is off-limits to non-military personnel, observed a parked vehicle with two men sitting in it. The officers approached the car and identified themselves as Joint Base Lewis-McChord police officers, and explained to the two men that they were on base property and that they needed a pass to be there. The men were identified as STEVEN A. MILLER, the defendant, and Joshua M. Stuhlmiller. The defendant was unable to provide an area access pass or a military identification card. The defendant was cited and released.

8.     Acceptance of Responsibility. The United States acknowledges that defendant has assisted the United States by timely notifying the authorities of defendant's intention to plead guilty, thereby permitting the United States to avoid preparing for trial and permitting the Court to allocate its resources efficiently.

9.     Voluntariness of Plea. Defendant acknowledges that he/she has entered into this Plea Agreement freely and voluntarily, and that no threats or promises, other than the promises contained in this Plea Agreement, were made to induce the defendant to enter this plea of guilty.

10.     Immigration Consequences. Defendant understands that, if a non-citizen of the United States, entering a guilty plea may have consequences regarding immigration status. Certain crimes are deportable offenses, and a plea of guilty to any such crime may subject defendant to automatic deportation and removal from the United States. *See* 8 U.S.C. § 1227(a)(2). Defendant affirms that he/she has been advised of the potential immigration consequences that may result from the entry of the guilty plea(s) contemplated by this Agreement and is prepared to proceed with his/her guilty plea(s) regardless of any immigration consequences that may result from this/these guilty plea(s),

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

even if such consequences include automatic deportation and removal from the United States.

11.   <u>Completeness of Agreement</u>.  The United States and the defendant acknowledge that these terms constitute the entire Plea Agreement between the parties. This Plea Agreement only binds the United States Attorney's Office for the Western District of Washington.  It does not bind any other United States Attorney's Office or any other office or agency of the United States, or any state or local prosecutor.

DATED this 16th day of May, 2014.


_____
STEVEN A. MILLER
Defendant


_____
PHILIP I. BRENNAN, JR.
Attorney for Defendant


_____
KATIE T. DANG
Special Assistant United States Attorney

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil