Case 3:14-cr-05175-KLS Document 9 Filed 05/16/14 Page 1 of 1

AO 245H (Rev. 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 01/28/2002; BJS 01/2006)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (Short Form) |
| STEVEN A. MILLER | CASE NUMBER: CR14-5175 |
| | Philip I. Brennan, Jr. |
| | Defendant's Attorney |

FILED ___ LODG
___ RECEIVED

MAY 16 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

■ **THE DEFENDANT** pleaded guilty to count(s) II of the Information

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1382 | Trespassing | 1/29/2014 | II |

☒ Count(s) I of the Information    ☒ is   ☐ are   dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By: |
|---|---|---|---|---|
| $110.00 | $100 | $10.00 | $ N/A | 30 days |

| Defendant's SSN: | XXX-XX-8265 |
|---|---|
| (Last 4 digits only) | |
| Defendant's DOB: | XX-XX-1995 |
| Defendant's USM No.: | n/a |

Special Assistant United States Attorney

5/16/2014
Date of Imposition of Judgment

Signature of Judicial Officer

Defendant's Signature

THE HONORABLE J. RICHARD CREATURA
United States Magistrate Judge (Add Name of Judicial Officer)

5/16/2014
Date